IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL LAWRENCE BARNETT,

                **Plaintiff,**

v.                                  CASE NO. 24-3092-JWL

JEFF ZMUDA, et al.,

                **Defendants.**

**O R D E R**

    Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is confined at the El Dorado Correctional Facility in El Dorado, Kansas. On June 6, 2024, the Court issued a notice of deficiency ("NOD") (Doc. 4) ordering Plaintiff to submit the financial information required by 28 U.S.C. § 1915(a)(2) to support his motion to proceed without prepayment of fees. The NOD provides that the failure to comply by July 8, 2024, may result in the dismissal of this matter without further notice. *Id*. at 2. Plaintiff has not filed a response as of the date of this Order.

    Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the NOD by the Court's deadline.  Therefore, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff's pending motions (Docs. 3, 5) are **denied** as moot.

**IT IS SO ORDERED**.

**Dated August 1, 2024, 2024, in Kansas City, Kansas.**

<u>S/   John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**